UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHRIS E. MARSHALL and JASON P. MARSHALL,

        Plaintiffs,

   v.

ROSS, UNITED STATES GOVERNMENT-FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, et al.,

        Defendants.
_____/

CASE NO. CIV-93-1372 WBS/PAN

JOHN PAUL MARSHALL,

        Plaintiff,

   v.

UNITED NATIONS, UNITED STATES GOVERNMENT (U.S.A.); STATE OF CALIFORNIA; CITY OF SACRAMENTO; DOES I through XXXX,

        Defendants.
_____/

ORDER

CASE NO. CIV-05-2575 LKK-GGH-PS

        The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed on January 12,

1  2006.  See Local Rule 83-123.  The court has, however, determined
2  that it is inappropriate to relate or reassign the cases at this
3  time, and therefore declines to do so.  This order is issued for
4  informational purposes only, and shall have no effect on the
5  status of the cases, including any previous Related (or Non-
6  Related) Case Order of this court.
7           IT IS SO ORDERED.
8  DATED:  January 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE