IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PAUL MARSHALL,

    Plaintiff,                                  CIV. S-05-2575 LKK GGH PS

    vs.

UNITED NATIONS, et al.,

    Defendants.                        ORDER

_____/

        Defendant City of Sacramento's motion to dismiss presently is calendared for hearing on February 23, 2006. Motions to dismiss by defendants United States and State of California are noticed for March 30, 2006. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions. See E.D. Cal. L.R. 78-230(h). Plaintiff may file oppositions to these motions in accordance with the Local Rules.

        Also before the court are plaintiff's motion "to compel defendants and others to perform duties," filed January 13, 2006, and plaintiff's request for sanctions against the United States, filed January 24, 2006. These filings will be vacated based on the current record.

1

Accordingly, IT IS ORDERED that:

1. The February 23rd and March 30, 2006 hearings on the motions to dismiss, filed January 23, February 1, and February 6, 2006, are vacated.

2. The motions will be submitted on the record after the time has passed for filing oppositions.

3. Plaintiff's motion to compel, filed January 13, 2006, and request for sanctions, filed January 24, 2006, are vacated.

DATED: 2/14/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Marshall2575.sub.wpd