IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON PAUL MARSHALL,

        Plaintiff,             CIV-S-05-2575 LKK GGH PS

   vs.

UNITED NATIONS, et al.,

        Defendant.        <u>ORDER</u>

_____/

        On April 12, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff filed objections on April 24, 2006, and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are \\\\\

1

1   reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.

2   1983).

3           The court has reviewed the applicable legal standards and, good cause appearing,

4   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

5   Accordingly, IT IS ORDERED that:

6           1.  The Proposed Findings and Recommendations filed April 12, 2006, are

7   ADOPTED;

8           2.  The motions to dismiss filed by defendants City of Sacramento on January 23,

9   2006, the United States on February 1, 2006, and the State of California on February 6, 2006, are

10  granted; and

11          3.  This action is dismissed with prejudice.

12  DATED:  July 6, 2006.

13

14  _____

15  marshall2575.jo                 UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26